**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Camille FORD, Defendant–Appellant.**

**No. 01–7141.**

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 18, 2001.

Decided Oct. 29, 2001.

Camille Ford, pro se.

Laura P. Tayman, Office of the United States Attorney, Norfolk, VA, for appellee.

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Camille Ford appeals the district court's order denying her motion filed under 28

U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Ford,* Nos. 94–163; CA–98–1206–2 (E.D. Va. filed June 16, 2001; entered June 18, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*